Exhibit B

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Sandy Ricketts

## DEFENDANTS
AEEG Live Productions, LLC

**(b)** County of Residence of First Listed Plaintiff    New Jersey
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Los Angeles, CA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jeffrey Lessin, Esquire
1515 Market Street, Suite 714, Philadelphia, PA 19102
215-599-1400

Attorneys *(If Known)*
Brian J. McNulty, Esquire
620 Freedom Business Center, Suite 300
King of Prussia, PA  19406  6100-354-8271

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
        Plaintiff

☐ 3  Federal Question
        *(U.S. Government Not a Party)*

☐ 2  U.S. Government
        Defendant

☒ 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☒ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
        Proceeding

☒ 2  Removed from
        State Court

☐ 3  Remanded from
        Appellate Court

☐ 4  Reinstated or
        Reopened

☐ 5  Transferred from
        Another District
        *(specify)*

☐ 6  Multidistrict
        Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
    UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE

DOCKET NUMBER

DATE
9/10/15

SIGNATURE OF ATTORNEY OF RECORD
Brian J. McNulty /s/

**FOR OFFICE USE ONLY**

RECEIPT #              AMOUNT                    APPLYING IFP                    JUDGE                    MAG. JUDGE

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA – DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff _____ 514 5th Street, Somers Point, NJ _____

Address of Defendant _____ AEG Live Productions, LLC, 5750 Wilshire Boulevard, Suite 501, Los Angeles, CA 90036 _____

Place of Accident, Incident or Transaction _____ Philadelphia, PA _____
(Use Reverse Side for Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more if its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 8.1(a))    Yes ☒   No ☐

Does this case involve multidistrict litigation possibilities?    Yes ☐   No ☒
*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated _____

Civil cases are deemed related when yes is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
    Yes ☐   No ☒

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☒   No ☐

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier number case pending or within one year previously terminated action in this court?    Yes ☐   No ☒

4.  Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐   No ☒

CIVIL: (Place ✓ in ONE CATEGORY ONLY)

A.  *Federal Question Cases:*

1.  ☐  Indemnity Contract, Marine Contract, and All Other Contracts
2.  ☐  FELA
3.  ☐  Jones Act-Personal Injury
4.  ☐  Antitrust
5.  ☐  Patent
6.  ☐  Labor-Management Relations
7.  ☐  Civil Rights
8.  ☐  Habeas Corpus
9.  ☐  Securities Act(s) Cases
10. ☐  Social Security Review Cases
11. ☐  All other Federal Question Cases
    (Please specify)

B.  *Diversity Jurisdiction Cases*

1.  ☐  Insurance Contract and Other Contracts
2.  ☐  Airplane Personal Injury
3.  ☐  Assault, Defamation
4.  ☐  Marine Personal Injury
5.  ☐  Motor Vehicle Personal Injury
6.  ☒  Other Personal Injury (Please specify)
7.  ☐  Products Liability
8.  ☐  Products Liability – Asbestos
9.  ☐  All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _____ Brian J. McNulty _____ counsel of record do hereby certify:

☒  Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐  Relief other than monetary damages is sought.

DATE _____ 9/10/15 _____     _____ Brian J. McNulty /s/ _____     _____ 201275 _____
                                        Attorney-at-Law                        Attorney I.D. #

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE _____ 9/10/15 _____     _____ Brian J. McNulty /s/ _____     _____ 201275 _____
                                        Attorney-at-Law                        Attorney I.D. #

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA – DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff    514 5th Street, Somers Point, NJ

Address of Defendant    AEG Live Productions, LLC, 5750 Wilshire Boulevard, Suite 501, Los Angeles, CA 90036

Place of Accident, Incident or Transaction    Philadelphia, PA

*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more if its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 8.1(a))    Yes ☒   No ☐

Does this case involve multidistrict litigation possibilities?    Yes ☐   No ☒
*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☒   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier number case pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes ☐   No ☒

CIVIL: (Place ✓ in ONE CATEGORY ONLY)

| A. | *Federal Question Cases:* | B. | *Diversity Jurisdiction Cases* |
|----|----|----|----|
| 1. ☐ | Indemnity Contract, Marine Contract, and All Other Contracts | 1. | Insurance Contract and Other Contracts |
| 2. ☐ | FELA | 2. ☐ | Airplane Personal Injury |
| 3. ☐ | Jones Act-Personal Injury | 3. ☐ | Assault, Defamation |
| 4. ☐ | Antitrust | 4. ☐ | Marine Personal Injury |
| 5. ☐ | Patent | 5. ☐ | Motor Vehicle Personal Injury |
| 6. ☐ | Labor-Management Relations | 6. ☒ | Other Personal Injury (Please specify) |
| 7. ☐ | Civil Rights | 7. ☐ | Products Liability |
| 8. ☐ | Habeas Corpus | 8. ☐ | Products Liability – Asbestos |
| 9. ☐ | Securities Act(s) Cases | 9. ☐ | All other Diversity Cases |
| 10. ☐ | Social Security Review Cases | | (Please specify) |
| 11. ☐ | All other Federal Question Cases | | |
| | (Please specify) | | |

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I,   Brian J. McNulty   counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE   9/10/15 _____    Brian J. McNulty/s/ _____    201275 _____
                                     Attorney-at-Law                   Attorney I.D. #

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE   9/10/15 _____    Brian J. McNulty /s/ _____    201275 _____
                                       Attorney-at-Law                   Attorney I.D. #

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| SANDY RICKETTS | : |
| | : |
| v. | : |
| | : CIVIL ACTION NO.: |
| AEG LIVE PRODUCTIONS, LLC, et al. | : |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:** ( )

(a)    Habeas Corpus — Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b)    Social Security — Cases requesting review of a decision of the Secretary of Health and Human ( )
Services denying plaintiff Social Security Benefits.

(c)    Arbitration — Cases required to be designated for arbitration under Local Civil Rule 53.2.    (X )

(d)    Asbestos — Cases involving claims for personal injury or property damage from exposure to ( )
asbestos.

(e)    Special Management — Cases that do not fall into tracks (a) through (d) that are commonly ( )
referred to as complex and that need special or intense management by the court. (See reverse
side of this form for a detailed explanation of special management cases.)

(f)    Standard Management — Cases that do not fall into any one of the other tracks.    ( )

| | | |
|---|---|---|
| 9/10/15 | Brian J. McNulty, Esquire | AEG Live Productions, LLC |
| Date | Attorney-at-law | Attorney for Defendant |
| | | |
| 610-354-8271 | 610-354-8299 | bjmcnulty@mdwcg.com |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660) 10/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANDY RICKETTS                                          :
                                                        :
            v.                                          :
                                                        :        CIVIL ACTION NO.:
CITY OF PHILADELPHIA                                    :
c/o CITY LAW DEPARTMENT and                             :
COMCAST SPECTACOR, LP and                               :
COMCAST SPECTACOR, INC. and                             :
GLOBAL SPECTRUM, LP and                                 :
GLOBAL SPECTRUM, INC. and                               :
AEG LIVE PRODUCTIONS, LLC                               :

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE SAID DISTRICT COURT OF THE UNITED STATES:**

Defendant AEG Live Productions, LLC in the above captioned matter file this Notice of Removal of the case from the Court of Common Pleas of Philadelphia County, in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania, and in support thereof, aver as follows:

1.      This is a premises liability action that was commenced on February 25, 2015 by way of Complaint filed in the Court of Common Pleas of Philadelphia County, PA, Docket No. August Term, 2014 No. 03168.  A copy of that Complaint is attached hereto and marked as Exhibit "A".

2.      On July 8, 2015, Plaintiff, Sandy Ricketts, filed a separate action in the Court of Common Pleas of Philadelphia County, PA docketed as July Term, 2015 No.00613.  A copy of that Complaint is attached hereto and marked as Exhibit "B".

3.    Both of these Complaints filed in the Court of Common Pleas of Philadelphia County, PA by the Plaintiff are based upon the same incident which allegedly occurred on July 17, 2013 at the Wells Fargo Center in Philadelphia, PA. Accordingly, both actions arise out of the same incident.

4.    On August 18, 2015, the Defendants in the Complaint filed by the Plaintiff on July 8, 2015, filed a Notice of Removal with the United States District Court for the Eastern District of Pennsylvania.

5.    Defendant AEG Live Productions, LLC hereby exercise its rights under the provisions of 28 U.S.C. §1441, et. seq. and based upon complete diversity of citizenship between the parties, to remove this action from the Court of Common Pleas of Philadelphia, PA, in which this case is presently pending.

6.    The present suit is removal from the State Court to the Eastern District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1332(a)(1) and §1441(a) because the controversy in this action is between Plaintiff, a citizen of the State of New Jersey, and Defendants, all of whom are citizens of a foreign state. Specifically, diversity is established as follows:

   a.    Plaintiff, Sandy Ricketts resides at 514 5th Street, Somers Point, NJ, and is a citizen of the State of New Jersey;

   b.    AEG Live Products, LLC is a corporation doing business in the Commonwealth of Pennsylvania with its principal place of business located in the State of California.

   c.    The Cit of Philadelphia is a political subdivision, a city of the first class, existing in the Commonwealth of Pennsylvania;

      d.  Comcast Spectacore, LP and Comcast Spectacore, Inc. are corporations organized and doing business in the Commonwealth of Pennsylvania with principal place of business located at 3601 S. Broad Street, Philadelphia, PA 19148;

      e.  Global Spectrum, LP is a limited partnership organized and doing business in the Commonwealth of Pennsylvania with a principal place of business located at 3601 S. Broad Street, Philadelphia, PA 19148;

      f.  Global Spectrum, Inc. is a corporation organized and doing business in the Commonwealth of Pennsylvania with a principal place of business located at 3601 S. Broad Street, Philadelphia, PA 19148;

7.     Accordingly, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 because there is diversity of citizenship and because the assertions made in the Notice of Removal filed with this Court on August 18, 2015, as well as the allegations made by the Plaintiff in the underlying Complaint, the matter in controversy exceeds the sum or value of $75,000, exclusive of costs.

8.     Pursuant to the provisions of 28 U.S.C. §1446(a), Defendants have attached herewith and incorporate by reference, a copy of the Complaint filed in the Philadelphia Court of Common Pleas in this action.

9.     Defendant will provide immediate notice of the filing of this Notice to Plaintiff as required by 28 U.S.C. §1446(d).

10.    Defendant will file a certified copy of this Notice with the Prothonotary of the Court of Common Pleas of Philadelphia County as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendant requests that the action presently pending in the Court of

Common Pleas of Philadelphia County be removed to the United States District Court for the

Eastern District of Pennsylvania.


                                    MARSHALL, DENNEHEY, WARNER,
                                    COLEMAN & GOGGIN


                    By:    Brian J. McNulty /s/ _____
                           BRIAN J. McNULTY, ESQUIRE
                           Attorney for Defendant,
                           AEG Live Productions, LLC
                           PA Identification No.: 201275
                           620 Freedom Business Center, Suite 300
                           King of Prussia, PA 19406
                           (610) 354-8271



Date: 9/10/15 _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDY RICKETTS | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO.: |
| CITY OF PHILADELPHIA | : | |
| c/o CITY LAW DEPARTMENT and | : | |
| COMCAST SPECTACOR, LP and | : | |
| COMCAST SPECTACOR, INC. and | : | |
| GLOBAL SPECTRUM, LP and | : | |
| GLOBAL SPECTRUM, INC. and | : | |
| AEG LIVE PRODUCTIONS, LLC | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **NOTICE**

TO:   SANDY RICKETTS
      c/o Jeffrey R. Lessin, Esquire
      Jeffrey R. Lessin & Associates, P.C.
      1515 Market Street, Suite 714
      Philadelphia, PA  19102

PLEASE TAKE NOTICE that Defendant has filed a Notice in the United States District

Court for the Eastern District of Pennsylvania for removal of an action now pending in the Court

of Common Pleas of Philadelphia, PA captioned Sandy Ricketts v. City of Philadelphia, Comcast

Spectacore, et al., August Term, 2014 No. 3168.

Further, take notice that the Defendants have at the same time filed electronically with

the United States District Court for the Eastern District of Pennsylvania, a copy of the Complaint

which was filed and entered in the Court of Common Pleas of Philadelphia County. A copy of said Notice of Removal is attached to this Notice and is hereby served on you.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By:     Brian J. McNulty /s/
        BRIAN J. McNULTY, ESQUIRE
        Attorney for Defendant,
        AEG Live Productions, LLC
        PA Identification No.: 201275
        620 Freedom Business Center, Suite 300
        King of Prussia, PA 19406
        (610) 354-8271

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANDY RICKETTS                       :
                                         :
        v.                           :
                                         :      CIVIL ACTION NO.:
CITY OF PHILADELPHIA          :
c/o CITY LAW DEPARTMENT and    :
COMCAST SPECTACOR, LP and      :
COMCAST SPECTACOR, INC. and     :
GLOBAL SPECTRUM, LP and         :
GLOBAL SPECTRUM, INC. and       :
AEG LIVE PRODUCTIONS, LLC       :

*******************************

## **PROOF OF FILING**

**TO THE CLERK OF COURT:**

       BRIAN J. McNULTY, ESQUIRE, hereby certifies that a copy of the foregoing Notice of

Removal will be filed with the Prothonotary of the Philadelphia County Court of Common Pleas

immediately upon receipt of the electronic filing from the United States District Court for the

Eastern District of Pennsylvania.

                          MARSHALL, DENNEHEY, WARNER,
                          COLEMAN & GOGGIN


         By:     Brian J. McNulty /s/
                 BRIAN J. McNULTY, ESQUIRE
                 Attorney for Defendant,
                 AEG Live Productions, LLC
                 PA Identification No.: 201275
                 620 Freedom Business Center, Suite 300
                 King of Prussia, PA 19406
                 (610) 354-8271

## VERIFICATION

I, Brian J. McNulty, Esquire verify that the facts set forth in Defendant's Notice of Removal are true to the best of his knowledge, information and belief. If the above statements are not true, the deponent is subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.


_____Brian J. McNulty /s/_____
BRIAN J. McNULTY

## CERTIFICATE OF SERVICE

I, BRIAN J. McNULTY, hereby certify that I served Defendant AEG Live Productions,

LLC's Notice of Removal by electronically filing upon all parties listed below:

Jeffrey R. Lessin, Esquire
Mark T. Richter, Esquire
Jeffrey R. Lessin & Associates, P.C.
1515 Market Street, Suite 714
Philadelphia, PA 19102

Christine Guiliano, Esquire
Naulty, Scaricamazza & McDevitt
One Penn Center, Suite 750
1617 JFK Boulevard
Philadelphia, PA 19103

Karen Elizabeth Rompala, Esquire
Law Department
City of Philadelphia
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

 

 

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


By:    Brian J. McNulty /s/ _____
         BRIAN J. McNULTY, ESQUIRE
         Attorney for Defendant,
         AEG Live Productions, LLC
         PA Identification No.: 201275
         620 Freedom Business Center, Suite 300
         King of Prussia, PA 19406
         (610) 354-8271


Date: 9/10/15 _____

# EXHIBIT "A"

JEFFREY R. LESSIN & ASSOCIATES, P.C.  MAJOR JURY. ASSESSMENT OF
BY: JEFFREY R. LESSIN, ESQUIRE    DAMAGES HEARING REQUIRED.
I.D. #: 43801           JURY TRIAL DEMANDED
BY: MARK T. RICHTER, ESQUIRE
I.D. #: 45195
1515 MARKET STREET, SUITE 714
PHILADELPHIA, PA 19102
215-599-1400           ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| SANDY RICKETTS | : COURT OF COMMON PLEAS |
| 514 Fifth Street | : OF PHILADELPHIA COUNTY |
| Somers Point New Jersey 08244 | : |
| vs. | : |
| CITY OF PHILADELPHIA | : AUGUST TERM, 2014 |
| c/o CITY LAW DEPARTMENT | : |
| 1515 ARCH STREET 14th FL. | : |
| Philadelphia, PA 19102 | : |
| and | : |
| COMCAST SPECTACOR, LP | : |
| 3601 S. Broad Street | : |
| Philadelphia, PA 19148 | : |
| and | : |
| COMCAST SPECTACOR, INC. | : |
| 3601 S. Broad Street | : |
| Philadelphia, PA 19148 | : |
| and | : |
| GLOBAL SPECTRUM, LP | : |
| 3601 S. Broad Street | : No.: 03168 |
| Philadelphia, PA 19148 | : |
| and | : |
| GLOBAL SPECTRUM, INC. | : |
| 3601 S. Broad Street | : |
| Philadelphia, PA 19148 | : |
| and | : |
| AEG LIVE PRODUCTIONS, LLC | : |
| 5750 Wilshire Boulevard, Suite 501 | : |
| Los Angeles, CA 90036-3697 | : |

CIVIL ACTION – AMENDED COMPLAINT - NOTICE TO DEFEND
2S - PREMISES LIABILITY- SLIP AND FALL

Case ID: 140803168

**NOTICE TO DEFEND**

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY AN ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Philadelphia Bar Association
Lawyer Referral Service
One Reading Center
Philadelphia, PA  19107
215-238-1701

LE HAN DEMANDADO A USTED EN LA CORTE. SI USTED QUIERE DEFENDERSE DE ESTAS DEMANDAS EXPUESTAS EN LAS PAGINA SIGUIENTES, USTED TIENE VIENTE (20) DIAS, DE PLAZO AL PARTIR DE LA FECHA DE LA DEMANDA Y LA NOTIFICATION.  HACE FALTA ASENTAR UNA COMPARENCIA ESCRITA O EN FORMA ESCRITA SUS DFENSAS O SUS OBJECIONES A LAS DEMANDAS EN CONTRA DE SU PERSONA.  SEA AVISADO QUE SI USTED NO SE DEFIENDE, LACORTE TOMARA MEDIDAS Y PUEDE CONTINUAR LA DEMANDA EN CONTRA SUYA SIN PREVIO AVISO O NOTIFICACION ADEMAS, LA CORTE PUEDE DICIDIR A FAVOR DEL DEMANDANTE Y REQUIERE QUE USTED CUMPLA CON TODAS LAS PROVISIONES DE ESTA DEMANDA.  USTED PUEDE PERDER DINERO O SUS PROPIEDADES O OTROS DERECHOS IMPORTANTED PARA USTED.  LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATEMENTE. SI NO TIENE ABOGADO O SI O TIENE EL DINERO SUFICIENTE DE TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL

Asociacion de Licenneados de Filadelphia
Servicio de Referencia e Informacion Legal
One Reading Center
Filadelphia, Pennsylvania 19107
(215) 238-1701

JEFFREY R. LESSIN & ASSOCIATES, P.C.  MAJOR JURY. ASSESSMENT OF
BY: JEFFREY R. LESSIN, ESQUIRE    DAMAGES HEARING REQUIRED.
I.D. #: 43801           JURY TRIAL DEMANDED
MARK T. RICHTER, ESQUIRE
I.D. #: 45195
1515 MARKET STREET, SUITE 714
PHILADELPHIA, PA 19102
215-599-1400          __ATTORNEYS FOR PLAINTIFF__

| | |
|---|---|
| SANDY RICKETTS | :  COURT OF COMMON PLEAS |
| 514 Fifth Street | :  OF PHILADELPHIA COUNTY |
| Somers Point New Jersey 08244 | : |
| vs. | : |
| CITY OF PHILADELPHIA | :  AUGUST TERM, 2014 |
| c/o CITY LAW DEPARTMENT | : |
| 1515 ARCH STREET 14th FL. | : |
| Philadelphia, PA 19102 | : |
|        and | : |
| COMCAST SPECTACOR, LP | : |
| 3601 S. Broad Street | : |
| Philadelphia, PA 19148 | : |
|        and | : |
| COMCAST SPECTACOR, INC. | : |
| 3601 S. Broad Street | : |
| Philadelphia, PA 19148 | : |
|        and | : |
| GLOBAL SPECTRUM, LP | : |
| 3601 S. Broad Street | :  No.: 03168 |
| Philadelphia, PA 19148 | : |
|        and | : |
| GLOBAL SPECTRUM, INC. | : |
| 3601 S. Broad Street | : |
| Philadelphia, PA 19148 | : |
|        and | : |
| AEG LIVE PRODUCTIONS, LLC | : |
| 5750 Wilshire Boulevard, Suite 501 | : |
| Los Angeles, CA 90036-3697 | : |

<u>CIVIL ACTION – AMENDED COMPLAINT</u>
<u>2S - PREMISES LIABILITY- SLIP AND FALL</u>

  1.  Plaintiff, **SANDY RICKETTS**, is an adult individual residing at 514 Fifth

Street, Somers Point, NJ 08244.

2. Defendant **CITY OF PHILADELPHIA** is a political subdivision, a City of the first class, existing in the Commonwealth of Pennsylvania, which has its legal offices at the address set forth in the above caption.

3. Defendant **COMCAST SPECTACOR, LP** is a limited partnership, partnership, or other business entity, organized and doing business in the Commonwealth of Pennsylvania, with offices, property and/or personnel located at 3601 S. Broad Street, Philadelphia, PA 19148.

4. Defendant **COMCAST SPECTACOR, INC.** is a corporation or other business entity organized and doing business in the Commonwealth of Pennsylvania, with offices, property and/or personnel located at 3601 S. Broad Street, Philadelphia, PA 19148.

5. Defendant **GLOBAL SPECTRUM, LP** is a limited partnership, partnership, or other business entity, organized and doing business in the Commonwealth of Pennsylvania, with offices, property and/or personnel located at 3601 S. Broad Street, Philadelphia, PA 19148.

6. Defendant **GLOBAL SPECTRUM, INC.** is a corporation or other business entity organized and doing business in the Commonwealth of Pennsylvania, with offices, property and/or personnel located at 3601 S. Broad Street, Philadelphia, PA 19148.

7. Defendant **AEG LIVE PRODUCTIONS, LLC** is a corporation or other business entity organized and doing business in the Commonwealth of Pennsylvania, with offices, property and/or personnel located at 5750 Wilshire Boulevard, Suite 501, Los Angeles, CA 90036-3697.

8. At all times material hereto, Defendant **CITY OF PHILADELPHIA** owned,

possessed, controlled and/or maintained the real property known as the Wells Fargo Center located at 3601 S. Broad Street, Philadelphia, PA 19148 (hereinafter alternatively referenced as the "premises").

9. At all times material hereto, Defendants **COMCAST SPECTACOR, LP** and/or **COMCAST SPECTACOR, INC.** owned and/or co-owned, and/or leased, possessed, managed, controlled and/or maintained the real property known as the Wells Fargo Center located at 3601 S. Broad Street, Philadelphia, PA 19148.

10. At all times material hereto, Defendants **GLOBAL SPECTRUM, LP** and/or **GLOBAL SPECTRUM, INC.** managed, possessed ,controlled and/or maintained the real property known as the Wells Fargo Center located at 3601 S. Broad Street, Philadelphia, PA 19148.

11. At all times material hereto, Defendants **AEG LIVE PRODUCTIONS, LLC** managed, licensed, operated, possessed , controlled and/or maintained the real property known as the Wells Fargo Center located at 3601 S. Broad Street, Philadelphia, PA 19148.

12. On July 17, 2013, Plaintiff **SANDY RICKETTS** was a patron and a business invitee who was lawfully in the Defendants' aforesaid premises while attending a concert.

13. At all times material hereto, the Defendants acted by and through their agents, servants, workmen and/or employees all of whom were acting within the scope of their agency and/or authority.

14. At all times material hereto, each of the Defendants had a duty to keep the aforesaid premises free of unreasonably hazardous defects and conditions and safe for

Case ID: 140803168

business invitees such as the Plaintiff.

15.     On the aforesaid date, the Defendants, by and through their agents, servants, workmen and/or employees, knew and/or should have known of the existence of the hazardous condition of the premises as described below.

16.     On July 17, 2013, and for a period of time prior thereto, there existed in the walkways of the aforesaid premises, obstructions, defects and irregularities, particularly in the form of electrical cables and/or wires that had been placed or strung about and across the said walkways creating a danger, menace, nuisance, trap and/or trip hazard to persons lawfully upon said premises.

17.     On July 17, 2013, the Plaintiff, **SANDY RICKETTS**, was caused to trip, stumble and fall as a result of coming in contact with the aforementioned defective and hazardous condition then existing upon the aforesaid premises, and to suffer serious injuries more fully hereinafter described.

### COUNT I
### SANDY  RICKETTS vs. ALL DEFENDANTS

18.     The averments of paragraphs one (1) through seventeen (17), inclusive, are incorporated herein and made a part hereof.

19.     The Defendants, individually and/or jointly, by and through their agents, servants, workmen and/or employees, acting in the course of their employment and within the scope of their authority, knew or should have known of the existence of the aforementioned defect prior to the Plaintiff's fall and the Defendants had a duty to correct, remedy, repair, warn of and/or eliminate the said defect.

20.     The carelessness and negligence of the Defendants consisted of the following:

Case ID: 140803168

a.    Failing to properly inspect the said premises and adjacent areas;

b.    Failing to warn pedestrians of the dangerous condition of the walkway of which the Defendants were aware or should have been aware;

c.    Failing to select and hire competent contractors to maintain the walkways, and/or walking area in said premises;

d.    Failing to maintain the premises and/or walkways in a condition which would protect and safeguard individuals lawfully upon the premises and prevent them from falling;

e.    Allowing and causing the electrical cables or wires on the aforesaid premises to extend across walkways and to constitute a menace, danger, nuisance, trap and/or trip hazard to persons lawfully on the premises;

f.    Allowing a condition to exist which was in violation of the ordinances of the municipality and the Commonwealth of Pennsylvania related to safety requirements for walking surfaces;

g.    Failing to maintain walkways in compliance with the laws of the municipality and the Commonwealth of Pennsylvania;

h.    Failing to keep the walkways free of defects obstructions and debris;

i.    Failing to effectively clear the walkways of the above-mentioned area of wires, cables, folding chairs and/or debris before the arrival of business invitees;

j.    Failing to eliminate the dangerous condition and to guard or warn

Case ID: 140803168

pedestrians of the hazard at the premises;

l.    Failing to maintain the premises reasonably free from trip hazards along foreseeable pedestrian paths at, near, or adjacent to the means of ingress and egress to the premises and its seating areas;

m.    Allowing a condition to exist which was in violation of the ordinances and/or codes of the municipality and/or the Commonwealth of Pennsylvania, and/or applicable national and international codes in relation to walkways on commercial properties and/or properties open to the public;

n.    Breaching their duty to monitor the site conditions;

o.    Failing to perform reasonable and timely site inspections; and

p.    Failing to appropriately provide ushers or security personnel to assist concert goers who were heading toward their seats.

21.    By reason of the aforesaid negligence of the Defendants as stated above, the Plaintiff, **SANDY RICKETTS,** suffered severe and permanent injuries to her person, including but not limited to: left scaphoid fracture; a laceration of her lower lip requiring surgical repair; contusions and sprains of her left wrist and hand; injuries to her teeth; nervous shock and aggravation and/or exacerbation of all known and unknown preexisting medical conditions. The Plaintiff, **SANDY RICKETTS** , suffered severe aches pains, mental anxiety and anguish, and a severe shock to her entire nervous system, and other injuries the full extent of which are not yet known. She has in the past and will in the future undergo severe pain and suffering and will in the future be unable to attend to her usual duties and occupation, all to her great financial detriment and loss.

The Plaintiff, **SANDY RICKETTS**, believes and therefore avers that her injuries are permanent in nature.

22.     As a result of the aforesaid occurrence, the Plaintiff, **SANDY RICKETTS**, has been compelled, in order to effectuate a cure for the aforesaid injuries, to expend large sums of money for surgeries, medicine, therapy and medical attention and may be required to expend additional sums for the same purposes in the future.

23.     As a result of the aforesaid occurrence, the Plaintiff, **SANDY RICKETTS**, has been prevented from attending to her usual and daily activities and duties, and may be so prevented for an indefinite time in the future, all to her great financial detriment and loss.

24.     As a result of the aforesaid occurrence, the Plaintiff, **SANDY RICKETTS**, has suffered physical pain and mental anguish and humiliation and she may continue to suffer same for an indefinite period of time in the future.

**WHEREFORE**, Plaintiff, **SANDY RICKETTS**, demands damages of the Defendants, jointly and severally herein, in a sum in excess of **FIFTY THOUSAND ($50,000.00) DOLLARS**, plus costs.

JEFFREY R. LESSIN & ASSOCIATES, P.C.

BY: *Jeffrey R. Lessin*
    **JEFFREY R. LESSIN, ESQUIRE**
    **MARK T. RICHTER, ESQUIRE**

Date: February 3, 2015                    **Attorneys for Plaintiff**

Case ID: 140803168

VERIFICATION

Sandra L Ricketts , state that I am the Plaintiff in this matter and that the
statements made in the foregoing Amended Complaint are true and correct to the best
of my knowledge, information and belief; and that this statement is made subject to the
penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsification to authorities.

Sandra L Ricketts

Case ID: 140803168

# EXHIBIT "B"

JEFFREY R. LESSIN & ASSOCIATES, P.C.    This is NOT an ARBITRATION MATTER.
BY: JEFFREY R. LESSIN, ESQUIRE    ASSESSMENT OF DAMAGES REQUIRED.
I.D. #: 43801    JURY TRIAL DEMANDED
BY: MARK T. RICHTER, ESQUIRE
I.D. #: 45195
1515 MARKET STREET, SUITE 714
PHILADELPHIA, PA 19102
215-599-1400
    ATTORNEYS FOR PLAINTIFF

| | | |
|---|---|---|
| **SANDY RICKETTS** | : | **COURT OF COMMON PLEAS** |
| **514 Fifth Street** | | **OF PHILADELPHIA COUNTY** |
| **Somers Point New Jersey 08244** | : | |
| vs. | | |
| **BIEBER TIME TOURING, LLC** | : | **JULY TERM, 2015** |
| **c/o TSG FINANCIAL MANAGEMENT, LLC** | | |
| **133 Peachtreet Street, Suite 4070** | : | |
| **Atlanta, GA 30303** | | |
| and | : | |
| **BIEBER TIME MERCHANDISE, LLC** | | |
| **c/o TSG FINANCIAL MANAGEMENT, LLC** | : | |
| **133 Peachtreet Street, Suite 4070** | | |
| **Atlanta, GA 30303** | : | |
| and | | |
| **JUSTIN BIEBER** | : | |
| **c/o TSG FINANCIAL MANAGEMENT, LLC** | | |
| **133 Peachtreet Street, Suite 4070** | : | |
| **Atlanta, GA 30303** | | |
| and | : | |
| **PATRICIA MALLETTE** | | |
| **c/o TSG FINANCIAL MANAGEMENT, LLC** | : | **No. :** |
| **133 Peachtreet Street, Suite 4070** | | |
| **Atlanta, GA 30303** | : | |

## CIVIL ACTION - COMPLAINT - NOTICE TO DEFEND
### 2S - PREMISES LIABILITY- SLIP AND FALL
#### NOTICE TO DEFEND

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY AN ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-1701

LE HAN DEMANDADO A USTED EN LA CORTE. SI USTED QUIERE DEFENDERSE DE ESTAS DEMANDAS EXPUESTAS EN LAS PAGINA SIGUIENTES, USTED TIENE VIENTE (20) DIAS, DE PLAZO AL PARTIR DE LA FECHA DE LA DEMANDA Y LA NOTIFICATION. HACE FALTA ASENTAR UNA COMPARENCIA ESCRITA O EN FORMA ESCRITA SUS DEFNSAS O SUS OBJECIONES A LAS DEMANDAS EN CONTRA DE SU PERSONA. SEA AVISADO QUE SI USTED NO SE DEFIENDE, LACORTE TOMARA MEDIDAS Y PUEDE CONTINUAR LA DEMANDA EN CONTRA SUYA SIN PREVIO AVISO O NOTIFICACION ADEMAS, LA CORTE PUEDE DICIDIR A FAVOR DEL DEMANDANTE Y REQUIERE QUE USTED CUMPLA CON TODAS LAS PROVISIONES DE ESTA DEMANDA. USTED PUEDE PERDER DINERO O SUS PROPIEDADES O OTROS DERECHOS IMPORTANTED PARA USTED. SI NO TIENE ABOGADO O SI O TIENE EL DINERO SUFICIENTE DE TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL

Asociacion de Liceneados de Filadelphia
Servicio de Referencia e Informacion Legal
One Reading Center
Filadelphia, Pennsylvania 19107
(215) 238-1701

Case ID: 150700613

JEFFREY R. LESSIN & ASSOCIATES, P.C.   **This is not an Arbitration Matter**
BY: JEFFREY R. LESSIN, ESQUIRE     **Assessment of Damages Required**
I.D. #: 43801                                **Jury Trial Demanded**
BY: MARK T. RICHTER, ESQUIRE
I.D. #: 45195
1515 MARKET STREET, SUITE 714
PHILADELPHIA, PA 19102
215-599-1400                        **ATTORNEYS FOR PLAINTIFF**

| | | |
|---|---|---|
| **SANDY RICKETTS** | : | **COURT OF COMMON PLEAS** |
| **514 Fifth Street** | | **OF PHILADELPHIA COUNTY** |
| **Somers Point New Jersey 08244** | : | |
| **vs.** | | |
| **BIEBER TIME TOURING, LLC** | : | **JULY TERM, 2015** |
| **c/o TSG FINANCIAL MANAGEMENT, LLC** | | |
| **133 Peachtreet Street, Suite 4070** | : | |
| **Atlanta, GA 30303** | | |
|     **and** | : | |
| **BIEBER TIME MERCHANDISE, LLC** | | |
| **c/o TSG FINANCIAL MANAGEMENT, LLC** | : | |
| **133 Peachtreet Street, Suite 4070** | | |
| **Atlanta, GA 30303** | : | |
|     **and** | | |
| **JUSTIN BIEBER** | : | |
| **c/o TSG FINANCIAL MANAGEMENT, LLC** | | |
| **133 Peachtreet Street, Suite 4070** | : | |
| **Atlanta, GA 30303** | | |
|     **and** | : | |
| **PATRICIA MALLETTE** | | |
| **c/o TSG FINANCIAL MANAGEMENT, LLC** | : | **No. :** |
| **133 Peachtreet Street, Suite 4070** | | |
| **Atlanta, GA 30303** | : | |

## CIVIL ACTION - COMPLAINT - NOTICE TO DEFEND
## 2S - PREMISES LIABILITY- SLIP AND FALL

### CIVIL ACTION - COMPLAINT

      1.    Plaintiff, **SANDY RICKETTS**, is an adult individual residing at 514 Fifth

Street, Somers Point, NJ 08244.

      2.    Defendant **BIEBER TIME TOURING, LLC,** is a limited partnership, partnership,

or other business entity, organized in the State of Delaware and doing business in the Commonwealth of Pennsylvania, with offices, property and/or personnel located at 133 Peachtree Street, Suite 4070, Atlanta, GA 30303.

3.     Defendant **BIEBER TIME MERCHANDISE, LLC,** is a limited partnership, partnership, or other business entity, organized in the State of Delaware and doing business in the Commonwealth of Pennsylvania, with offices, property and/or personnel located at 133 Peachtree Street, Suite 4070, Atlanta, GA 30303.

4.     Defendant **JUSTIN BIEBER** is an adult individual, residing in Stratford, Ontario, Canada. At all times relevant hereto, **JUSTIN BIEBER** was an owner, manager, officer, partner, principal or employee of the business entities known as **BIEBER TIME TOURING, LLC** and/or **BIEBER TIME MERCHANDISE, LLC,** who regularly conducted business in Philadelphia, Pennsylvania, and who was a signatory to a contract with AEG LIVE, LLC, dated January 31, 2012 and amendments thereof dated December 13, 2012 and April 18, 2013, which pertained to a series of concert performances identified as "The Justin Bieber: Believe" tour and which applied to a performance that took place at the Wells Fargo Center in Philadelphia, Pennsylvania on July 17, 2013. Defendant **JUSTIN BIEBER** is amenable to service of process at 133 Peachtree Street, Suite 4070, Atlanta, GA 30303, c/o TSG Financial Management, LLC.

5.     Defendant **PATRICIA MALLETTE** is an adult individual, residing in Stratford, Ontario, Canada. At all times relevant hereto, **PATRICIA MALLETTE** was an owner, manager, officer, partner, principal or employee of the business entities known as **BIEBER TIME TOURING, LLC** and/or **BIEBER TIME MERCHANDISE, LLC,** who regularly conducted business in Philadelphia, Pennsylvania, and who was a signatory to a contract

Case ID: 150700613

with AEG LIVE, LLC, dated January 31, 2012 which pertained to a series of concert performances identified as "The Justin Bieber: Believe" tour and which applied to a performance that took place at the Wells Fargo Center in Philadelphia, Pennsylvania on July 17, 2013. Defendant **PATRICIA MALLETTE** is amenable to service of process at 133 Peachtree Street, Suite 4070, Atlanta, GA 30303, c/o TSG Financial Management, LLC.

6.      On July 17, 2013, Plaintiff **SANDY RICKETTS** was a patron and a business invitee who was lawfully in the Wells Fargo Center premises in Philadelphia, Pennsylvania while attending a Justin Bieber concert.

7.      At all times material hereto, the Defendants acted by and through their agents, servants, workmen and/or employees all of whom were acting within the scope of their agency and/or authority.

8.      At all times material hereto, each of the Defendants had a duty to keep the aforesaid premises free of unreasonably hazardous defects and conditions and safe for business invitees such as the Plaintiff.

9.      On the aforesaid date, the Defendants, by and through their agents, servants, workmen and/or employees, knew and/or should have known of the existence of the hazardous condition of the premises as described below.

10.      On July 17, 2013, at the time of the Justin Bieber concert, there existed in the walkways of the aforesaid premises, obstructions, defects and irregularities, particularly in the form of electrical cables and/or wires that had been placed or strung about and across the said walkways by the Defendants' agents, servants, workmen or employees that created a danger, menace, nuisance, trap and/or trip hazard to persons lawfully upon said premises.

Case ID: 150700613

11.    On July 17, 2013, the Plaintiff, **SANDY RICKETTS**, was caused to trip, stumble and fall as a result of coming in contact with the aforementioned defective and hazardous condition then existing upon the aforesaid premises, and to suffer serious injuries more fully hereinafter described.

## COUNT I
## SANDY RICKETTS vs. DEFENDANTS

12.    The averments of paragraphs one (1) through eleven (11), inclusive, are incorporated herein and made a part hereof.

13.    The Defendants, individually and/or jointly, by and through their agents, servants, workmen and/or employees, acting in the course of their employment and within the scope of their authority, knew or should have known of the existence of the aforementioned defect prior to the Plaintiff's fall and the Defendants had a duty to correct, remedy, repair, warn of and/or eliminate the said defect.

14.    The carelessness and negligence of the Defendants consisted of the following:

    a.    Failing to properly inspect the said premises and adjacent areas;

    b.    Failing to warn pedestrians of the dangerous condition of the walkway of which the Defendants were aware or should have been aware;

    c.    Failing to select and hire competent contractors to maintain the walkways, and/or walking area in said premises;

    d.    Failing to maintain the premises and/or walkways in a condition which would protect and safeguard individuals lawfully upon the premises and prevent them from falling;

    e.    Allowing and causing the electrical cables or wires on the aforesaid

Case ID: 150700613

premises to extend across walkways and to constitute a menace, danger, nuisance, trap and/or trip hazard to persons lawfully on the premises;

f.   Allowing a condition to exist which was in violation of the ordinances of the municipality and the Commonwealth of Pennsylvania related to safety requirements for walking surfaces;

g.   Failing to maintain walkways in compliance with the laws of the municipality and the Commonwealth of Pennsylvania;

h.   Failing to keep the walkways free of defects obstructions and debris;

i.   Failing to effectively clear the walkways of the above-mentioned area of wires, cables, folding chairs and/or debris before the arrival of business invitees;

j.   Failing to eliminate the dangerous condition and to guard or warn pedestrians of the hazard at the premises;

l.   Failing to maintain the premises reasonably free from trip hazzards along foreseeable pedestrian paths at, near, or adjacent to the means of ingress and egress to the premises and its seating areas;

m.   Allowing a condition to exist which was in violation of the ordinances and/or codes of the municipality and/or the Commonwealth of Pennsylvania, and/or applicable national and international codes in relation to walkways on commercial properties and/or properties open to the public;

n.   Breaching their duty to monitor the site conditions;

Case ID: 150700613

o. Failing to perform reasonable and timely site inspections; and

p. Failing to appropriately provide ushers or security personnel to assist concert goers who were heading toward their seats.

15. By reason of the aforesaid negligence of the Defendants as stated above, the Plaintiff, **SANDY RICKETTS**, suffered severe and permanent injuries to her person, including but not limited to: left scaphoid fracture; a laceration of her lower lip requiring surgical repair; contusions and sprains of her left wrist and hand; injuries to her teeth; nervous shock and aggravation and/or exacerbation of all known and unknown preexisting medical conditions. The Plaintiff, **SANDY RICKETTS** , suffered severe aches pains, mental anxiety and anguish, and a severe shock to her entire nervous system, and other injuries the full extent of which are not yet known. She has in the past and will in the future undergo severe pain and suffering and will in the future be unable to attend to her usual duties and occupation, all to her great financial detriment and loss. The Plaintiff, **SANDY RICKETTS**, believes and therefore avers that her injuries are permanent in nature.

16. As a result of the aforesaid occurrence, the Plaintiff, **SANDY RICKETTS**, has been compelled, in order to effectuate a cure for the aforesaid injuries, to expend large sums of money for surgeries, medicine, therapy and medical attention and may be required to expend additional sums for the same purposes in the future.

17. As a result of the aforesaid occurrence, the Plaintiff, **SANDY RICKETTS**, has been prevented from attending to her usual and daily activities and duties, and may be so prevented for an indefinite time in the future, all to her great financial detriment and loss.

18. As a result of the aforesaid occurrence, the Plaintiff, **SANDY RICKETTS**, has suffered physical pain and mental anguish and humiliation and she may continue to suffer

same for an indefinite period of time in the future.

      **WHEREFORE,** Plaintiff, **SANDY RICKETTS**, demands damages of the Defendants,

jointly and severally herein, in a sum in excess of **FIFTY THOUSAND ($50,000.00)**

**DOLLARS,** plus costs.

                                   **JEFFREY R. LESSIN & ASSOCIATES, P.C.**

                            **BY:**     *Jeffrey R. Lessin*
                                      **JEFFREY R. LESSIN, ESQUIRE**
                                        **MARK T. RICHTER, ESQUIRE**

Date: July 7 , 2015                                  **Attorneys for Plaintiff**

Case ID: 150700613