IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDY RICKETTS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BIEBER TIME TOURING, LLC, BIEBER TIME MERCHANDISE, LLC, JUSTIN BIEBER and PATRICIA MALLETTE | : : : | NO. 15-4726 |

\* \* \*

| | | |
|---|---|---|
| SANDY RICKETTS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, COMCAST SPECTACOR, LP, COMCAST SPECTACOR, INC., GLOBAL SPECTRUM, LP, GLOBAL SPECTRUM, INC. and AEG LIVE PRODUCTIONS, LLC | : : : : : : | NO.  15-5036 |

## ORDER

**AND NOW**, this 13th day of October, 2015, upon consideration of the Plaintiff's Motion to Consolidate Actions and Remand to Philadelphia Court of Common Pleas, and with the consent of all parties, it is **ORDERED** that these actions are **CONSOLIDATED** and **REMANDED** to the Court of Common Pleas of Philadelphia County.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.